Case 1:91-cv-00137-DAE-KSC    Document 380-4    Filed 02/10/06    Page 1 of 22    PageID.19

## COMMUNITY PLAN IMPLEMENTATION TASKS/TIMELINES
## DECEMBER 2005 EVALUATION

| Due Date | Section | Plan Synopsis and Implementation Tasks | Findings |
|---|---|---|---|
| 01/31/2003 | **Introduction and Guiding Principles** | Add Community Plan to website with HSH Remedial Plan; disseminate copies of the Community Plan. (I.A.-C.) | **Completed** |
| 02/28/2003 | | Prepare training materials and post on website. (I.A.-C.) | |
| 04/30/2003 | | Complete training in each county for providers and others. (I.A.-C.) | **Completed** **Completed** |
| 01/31/2003 **01/30/2006** | **Target Population** | Complete initial reports. Target Population Reports. Annually, the State shall produce a valid estimate/count of the number of persons in the Target Population in accordance with the above definitions that includes:<br>  a.  An unduplicated count of persons who have been discharged from HSH;<br>  b.  An unduplicated count of persons transferred from HSH;<br>  c.  An unduplicated count of persons diverted from HSH; and<br>  d.  An unduplicated count of persons at risk for hospitalization at HSH.<br>(II.B.1) | **This task is not complete and not due at this time.**<br><br>There has been demonstrated improvement in the ability of AMHD to capture the number of persons in the target population. The next report due will be utilized to demonstrate whether AMHD has been able to improve their ability to report the data in a manner that is useful for assisting AMHD with system-wide service planning. The complexity of reports previously generated limited the ability of AMHD to identify opportunities to improve services delivered within defined groupings of the target population.<br><br>The initial reports are complete. Data sets reviewed appear to be clean and unduplicated. |

| | | | |
|---|---|---|---|
| 01/31/2003<br>**05/30/2005** | | Complete initial reports.<br>Annually, the State shall produce a valid profile of the clinical characteristics of the target population statewide and by county, including:<br>   e.   Primary Axis I diagnosis based on the DSM-IV-TR;<br>   f.   Functional level per Global Assessment of Functioning;<br>   g.   Forensic status;<br>   h.   Co-occurring substance abuse disorder;<br>   i.   Co-occurring mental retardation based on Axis II of the DSM-IV-TR; and<br>   j.   Homelessness.<br>(II.B.2) | **This task is complete with regard to the initial reports.**<br>AMHD has made a good faith effort based on available data to produce the initial reports. Although the initial reports provided do not completely report the clinical characteristics of the target population, the report was based on the information documented available at the time.<br>Currently the tracking of forensic status, although collected, is not part of the routine MIS report. There has been progress in the collection of data with regard to homelessness and mental retardation, but these remain inadequate.<br>As stated previously, the initial report was a retrospective report completed in May 2005. The intent of the initial report was to serve as a starting point for the Community Plan that was approved by Judge Ezra in Jan 2003. |
| 01/31/2004<br>**05/30/2005** | | Complete initial service utilization reports based on data from 07/01/2003 thru 12/31/2003.<br>Annually, the State shall report the service utilization of the target population statewide and by country.<br>(II.B.3) | **This task is complete based on the availability of information at the time.** The data as presented is too complicated to be utilized for AMHD planning purposes. |
| 01/31/2004<br>**01/30/2006** | | Complete annual update report (Target Population count).<br>(II.B.1) | **This task is not complete and not due.** An "At Risk" Screening Tool has been developed and implemented. The data is being collected. It remains unclear whether the data collected will result in the ability of AMHD to accurately identify this segment of the target population. |

Hanson-Mayer, Gail—Community Plan Implementation Time Line 01/15/06

| Date | Category | Task | Status |
|---|---|---|---|
| 01/31/2004 **01/30/2006** | | Complete annual update report (Target Population Characteristics). (II.B.2) | **This task is not complete and not due.** |
| 01/31/2004 **01/30/2006** | | Complete annual service utilization report. (II.B.3) | **This task is not due.** AMHD has demonstrated progress in this area. Data was available that provided actual service utilization for the target population. Routine reports are not yet being generated, but this is a major step. |
| 06/01/2004 **04/15/2006** | | Use annual reports to support SSP (Statewide Service Plans) and CISAPs (Comprehensive Integrated Service Area Plan). The State shall use the target population reports to support statewide and county service planning as described in Section IV.A.3.f., and as the basis for prioritizing service development and modification. (II.B.4) | **This task is not due.** Although AMHD has demonstrated improvement in their ability to gather service utilization data that is useful to the Service Area Administrators and Service Directors for planning purposes, AMHD is unable to determine available capacity since they cannot routinely tell whether existing authorized slots are actually being used to deliver services. Multiple data sources are being utilized to better capture service utilization. |
| 01/31/2003 | **Service Access** | Fully implement service access on Oahu. (III.A.1-3) | **Completed** |

| | | | |
|---|---|---|---|
| **04/15/2006** | | Fully implement service access statewide.<br>(III.A.1-3) | **This task is not due.** The mechanism is in place to ensure access statewide but the actual operation is not effective. The redesign of the ACCESS system has been embraced but not implemented. Space renovation and delay in equipment purchasing has continued which limit the ability of AMHD to make this fundamental shift in how the service operates. This is critically important to monitor as AMHD implements the new crisis service contract in order to ensure a client centered, crisis response system that is seamless for the consumers and providers. |
| 03/31/2003 | **Assessment** | Fully implement standardized assessments for all referrals from Access Center Oahu.<br>(III.A.1-3) | **Completed** |
| 11/30/2005 | | Fully implement standardized assessments for all referrals from Access Center Statewide.<br>(II.B.1 and 2) | **This task is not complete and was due November 30, 2005.** There is a standardized assessment format and procedure in place. The eligibility assessment process continues to be inconsistent across CMHCs which creates a barrier for access to care for consumers. |
| 12/01/2003<br>**2/28/2006** | **Treatment Planning** | See implementation tasks for Treatment Planning<br>(III.C.1.a-h and IV.B.1.c.iv) | **This task is not complete, not due yet.** The task is 2 years beyond the original timeline for completion. Full implementation of this task had been extended to February 28, 2006. Medical records reviewed demonstrated inconsistent progress with treatment planning since the previous visit. Sentinel events reviewed highlighted the lack of coordinated recovery treatment planning and crisis plans as a contributing factor to the event. |

| Dates | Category | Task | Status |
|---|---|---|---|
| 10/01/2003<br>**04/30/2006** | **Core Services** | Each member of target population has a designated case manager at the appropriate level as documented in target population utilization reports.<br>(III.D.a. thru d.) | **This task is not complete, not due.** The target population reports reviewed did not designate the Case Manager and it is unclear what mechanism AMHD has implemented to assess if patients are routinely placed at the appropriate level. Case Management ratios at the CMHCs continue to be over the standards delineated in the Community Plan. The case management ratio data presented demonstrated fewer areas of non-compliance than the previous report. |
| 01/31/2003 | | Designate Acting AMHD Case Management and Support Services Director.<br>(IV.A.d.iii (a)) | **Completed** |
| 12/31/2003 | | Hire AMHD Case Management and Support Services Director.<br>(IV.A.d.iii (a)) | **Completed** |
| 03/01/2003 | | Complete working draft of Case Management and Support Services SSP.<br>(IV.A.3.f.iv (a)) | **Completed** |
| 03/01/2004 | | Complete final Case Management and Support Services SSP.<br>(IV.A.3.f.iv (a)) | **Completed** |
| 10/31/2003<br>**11/30/2005** | | Hire/designate at least one CMHC Case Management Coordinator for each county.<br>(IV.A.4.f.) | **This task has not been met, and the extended due date is past due.** Six of the eight Case Management Coordinators have been hired. Two positions are vacant. This same finding is noted in the reports of January and June 2005. |
| 09/30/2003 | | ICM capacity established in all counties.<br>(III.D.a.ii.) | **Completed** |

Hanson-Mayer, Gail—Community Plan Implementation Time Line 01/15/06

| Date | Category | Task | Status |
|---|---|---|---|
| 06/01/2003 | **Consumer Transportation** | Complete consumer transportation assessment for all counties in Hawaii, Maui and Kauai and incorporate results in CISAP. (III.D.1.d.) | **Completed** |
| 06/01/2003 **04/15/2006** | **Treatment Services** | Each member of the target population receives treatment services at the appropriation level as documented in target population utilization reports. (III.D.2.a. thru e. i.) | **This task is not met, not due**. AMHD has not demonstrated the ability to match clinical necessity criteria with case assignments. The process for documenting treatment services continues to be driven through treatment service authorizations and claims paid data for each level of care provided to the Target Population. |
| 01/31/2003 | | Designated Acting AMHD Treatment Services Director. (IV.A.d.iii (b)) | **Completed** |
| 12/31/2003 | | Hire AMHD Treatment Services Director. (IV.A.d.iii (b)) | **Completed** |
| 03/01/2003 | | Complete working draft of Treatment Services SSP. (IV.A.3.f.iv. (a)) | **Completed** |
| 03/01/2004 | | Complete final Treatment Services SSP. (IV.A.3.f.iv. (a)) | **Completed** |
| | **Mental Illness/Substance Abuse Services** | Develop detoxification and integrated mental illness/substance abuse (MI/SA) services by completing the following: | Although there has been considerable progress in the development of integrated MI/SA services, the system is unaware of the availability of these services and how to access them. This was apparent during the review of sentinel events. This item was never assigned a due date in the original Community Plan time line. |

Hanson-Mayer, Gail—Community Plan Implementation Time Line 01/15/06

| | | | |
|---|---|---|---|
| 12/01/2003<br>**05/30/2005** | | Complete substance abuse screen as part of standardized assessment for all referrals from Access Center on Oahu. (III.D.2.e.iii.) | **Completed** |
| 01/31/2003 | | Designate Acting AMHD MI/SA Service Director. (IV. A. 4.d. iii (g)) | **Completed** |
| 12/31/2003 | | Hire AMHD MI/SA Service Director. (IV.A.4.d.iii (g)) | **Completed** |
| 03/01/2003 | | Complete working draft of MI/SA SSP. (IV.A.3.f.iv (a)) | **Completed** |
| 03/01/2004 | | Complete final MI/SA SSP. (IV.A.3.f.iv (a)) | **Completed** |
| **01/31/2006** | | Hire or designate Acting CMHC MI/SA coordinators (at least one for each county). (IV.A.4.g.) | **This task is not complete, and not due.** The status has not changed since June 2005. There were five of the eight MI/SA Coordinators in position as of the December 2005 Evaluation visit. There remains a gap in Kauai and East Hawaii. The KPCMHC MI/SA Coordinator is in an acting position while primarily functioning as a "change agent" for the CMHC System Administrator. |
| 06/30/2004 | | Develop and conduct Statewide Integrated MI/SA training for AMHD staff, providers and key stakeholders. (III.D.2.e.iii) | **Completed** |

Hanson-Mayer, Gail—Community Plan Implementation Time Line 01/15/06

| | | | |
|---|---|---|---|
| | **Forensic Services** | Develop forensic services by completing the following: | **This task is not met**. The development of Forensic Services has demonstrated minimal progress in meeting the indicators of the HSH Remedial Plan since the June 2005 evaluation visit. The implementation of community based forensic programs is not in place. The requirements of the HSH Remedial Plan with regard to CR programming, outpatient competency programming, or Forensic ACT Teams are incomplete. It is most concerning that it was unclear who was responsible within AMHD for completing these tasks.<br> Although the community plan and court ordered time line designates the Forensic Director as the responsible person.<br> Additionally, the AMHD Action Plan (v.19) distributed during the Evaluation visit delineates the Lead person responsible, this was not evident upon interview.<br>This is a section of the HSH Plan that was initiated a year prior to the Community Plan. AMHD has had since Feb 2002 to work on these tasks (for specific tasks and due dates see the last section of this grid). |
| 02/22/2003 | | Hire AMHD Forensic Director.<br>(IV.A.3.d.ii (a)) | **Completed** |
| 03/01/2003 | | Complete working draft Forensic SSP.<br>(IV.A.3.f.iv (a)) | **Completed** |

Hanson-Mayer, Gail—Community Plan Implementation Time Line 01/15/06

| Date | Category | Task | Status |
|---|---|---|---|
| 03/01/2004 | | Complete final Forensic SSP. (IV.A.3.f.iv (a)) | **Completed** |
| 12/31/2003 **11/30/2005** | | Hire or designate Acting CMHC Forensic Coordinators (at least one for each county). (IV.A.4.h.) | **Completed**. Eight Forensic Coordinators have been hired. The Forensic Coordinators have formed a strong, collaborative work group that have identified problems and developed creative solutions for the system. There is a roadblock within AMHD that has inhibited system wide communication regarding the resolution of problems as it relates to the implementation of forensic services. There is greater clarity regarding the provision of direct care by the Forensic Coordinator which is required in the Plan, and a noticeable improvement in the coordinators' roles in providing staff consultation and assistance. |
| 03/01/2004 **08/30/2005** | | Develop plan to establish community-based secure forensic residential treatment facility. (III.D.2.e.v.) | **This task is not complete**. The previous report generated by the AMHD Forensic Director that outlines the potential options for meeting this indicator was not approved. There has been no further action since June 2005. |
| 06/30/2004 | | Develop and conduct Statewide Forensic Services training for AMHD staff, providers and key stakeholders. (III.D.2.e.iv.) | **Completed**. The provision of statewide training is a strength within Forensic Services. There is evidence of ongoing training seminars and programs for AMHD Staff, providers and stakeholders. A continued focus on training for the staff providing direct care is essential. For example, there has been limited progress in the ability of the system to incorporate the HCR-20 risk assessment in the Recovery Plan. As forensic programs are developed and implemented additional training throughout the community system will need to occur. |
| 06/30/2004 **04/30/2006** | **Medication Guidelines** | Develop medication guideline or algorithm (decision tree) for members of target population with Schizophrenia. (III.D.2.e.vi.) | **This task is not due at this time.** AMHD had developed the medication algorithm (HIMAP) based on TMAP. Pilot activities are in process. System wide implementation has not occurred, which is requirement of the Community Plan (see section III.D.2.e.vi) |

| | | | |
|---|---|---|---|
| 03/03/2003<br>**04/15/2006** | **Crisis Services** | Implement the array of crisis services identified in Plan for Oahu.<br>(III.D.3.a.i.-iii.) | **This task is not due.** An array of crisis services have been implemented on Oahu but the availability of an effective crisis service response system remains unmet. There is lack of movement through the crisis service system due to limited resources within the community. Lengthy emergency room stays have resulted in inappropriate discharges to the community. |
| 06/03/2003<br>**04/15/2006** | | Implement the array of crisis services Statewide.<br>(III.D.3.a.i.-iii.) | **This task is not complete and not due.** AMHD has selected a vendor to provide the full array of crisis services identified in the Plan. The implementation of this rollout originally set for July 1, 2005 was delayed until December 1, 2005. As of the Evaluation visit the vendor had been in place for less than one week. |
| 04/15/2003<br>**04/15/2006** | | Implement either 23/59 or short term crisis stabilization on Oahu.<br>(III.D.3.b.iv.) | **This task is not complete and not due at this time.** The responsibility for developing and completing this task has been included in the crisis service contract. AMHD will need to ensure appropriate oversight to ensure this indicator is completed by the April 2006 deadline. |
| 06/01/2003<br>**04/15/2006** | | Evaluate the need for 23/59 or short term crisis stabilization services in other counties.<br>(III.D.3.b.iv.) | **Completed** |
| 01/31/2003 | | Designate Acting AMHD Crisis Services Director.<br>(IV.A.3.d.iii.c) | **Completed** |
| 12/31/2003 | | Hire AMHD Crisis Services Director.<br>(IV.A.3.d.iii(c). | **Completed** |

| Date | Category | Task | Status |
|---|---|---|---|
| 03/01/2003 | | Complete final Crisis Services SSP. (IV.A.3.f.iv. (a)) | **Completed** |
| 03/31/2004 | **Community Housing** | Implement array of community housing services within each county. (III.D.4.b.a.i.-v.) | **This task has been addressed but is not met.** However, there has been significant progress in developing an array of community housing services within each county. In combination with the lack of community programming and the ability of AMHD to place consumers in the appropriate level of service, the lack of available community housing impacts the ability of AMHD to move consumers through the system of care. This creates a gridlock at the most acute levels. |
| 01/31/2003 | | Designate Acting AMHD Community Housing Service Director. (IV.A.3.d.iii (d)) | **Completed** |
| 12/31/2003 | | Hire AMHD Community Housing Service Director. (IV.A.3.d.iii(d)) | **Completed** |
| 03/01/2003 | | Complete working draft of Community Housing SSP. (IV.A.3.f.iv. (a)) | **Completed** |
| 03/01/2004 | | Complete final Community Housing SSP. (IV.A.3.f.iv.(a)) | **Completed** |
| 03/31/2003 | | Certify AMHD funded non-licensed housing services. (III.D.4.b.ii.) | **Completed** |
| 03/31/2004 **11/30/2005** | **PSR Services** | Implement the array of PSR services in each county. (III.D.5.a.i-vi.) | **This task is not complete.** Space issues continue to delay the development of PSR programs across the system. There is evidence of a planning process which has addressed the development and implementation for each element of the Plan specific to PSR. |

| Date | Section | Task | Status |
|---|---|---|---|
| 01/31/2003 | | Designate Acting AMHD PSR Services Director. (IV.A.3.d.iii(e)) | **Completed** |
| 12/31/2003 | | Hire AMHD PSR Services Director. (IV. A. 3.d.iii(e)) | **Completed** |
| 03/01/2003 | | Complete working draft PSR SSP. (IV.A.f.iv (a)) | **Completed** |
| 03/01/2004 | | Complete final PSR SSP. (IV.A.3.f.iv (a)) | **Completed** |
| 01/31/2003 **08/30/2005** | **Service System Org. and Functions** | Produce functional organization chart identifying AMHD positions described in this Section. (IV.) | **This task is not complete.** AMHD has produced and distributed a functional organization chart. The chart includes the positions described in the Plan as well as new positions identified by the Chief. The structure delineated in the functional organization chart at the time of the evaluation visit was out of compliance with the Community Plan court order. A formal request for modification to the Plan had not been submitted to or approved by the Court. This concern was identified during the previous evaluation visit and included in the reports of June 2005. The position of the SAA's within the functional organization chart is contrary to the intent of the Community Plan for each County to be represented at the senior level. The AMHD leadership team demonstrated greater clarity during this visit with regard to the lines of authority that delineate the reporting and supervisory structure. However, among the leadership team (including the Chief) there was significant confusion about who were the actual members of the Executive Team. The following key positions within the AMHD leadership had been hired; the AMHD Medical Director, AMHD Chief of Clinical Operations |

| | | | (not required by Plan), AMHD Crisis Service Director and AMHD Quality Improvement Director. The AMHD Compliance Director position was vacant. This is progress towards developing the infrastructure necessary to build and sustain a system of care. The Special Master has emphasized the importance of this in his previous reports. |
|---|---|---|---|
| 01/31/2003 | **AMHD Oversight** | Hire AMHD Chief. (IV.A.1.) | **Completed** |
| 12/31/2003 | | Hire Consumer Affairs Director. (IV.A.3.b.) | **Completed** |
| **03/31/2006** | | Designate 4 Acting AMHD Service Area Administrators. (IV.A.3.c.) | **This task is not complete and not due at the time of the evaluation.** Three of the four AMHD Service Area Administrators were in position. One of the three has been covering two counties for over one and a half years. It was reported that a candidate for the fourth position was in the interview process. |
| 06/30/2003 | | Complete analysis of service needs for members of target population with mental retardation. (IV.A.3.d.v.) | **Completed** |
| 10/31/2003 | | Convene statewide Medical Executive Committee. (IV.A.3.d.vi.) | **Completed.** The Medical Executive Committee has convened under the leadership of the new AMHD Medical Director, Dr William Sheehan. The POS and Hospital Medical Directors have been invited and have occasionally attended. |
| 01/31/2003 | | Designate Acting AMHD Planning and Compliance Director to oversee statewide and county level planning described in the Plan. (IV.A.3.f.) | **This task is not fully complete.** The AMHD Planning and Compliance Director position was split into two positions (not part of the Plan). There is an individual responsible for "Planning". The "Compliance" position is vacant. |

Hanson-Mayer, Gail—Community Plan Implementation Time Line 01/15/06

| Date | Category | Task | Status |
|---|---|---|---|
| 06/01/2003 | | Complete first Comp. Integrated Service Area Plans (CISAP). (IV.A.3.f.iv.(b)) | **Completed** |
| 08/01/2003 | | Complete first Statewide Comp. Integrated Service Plan (SCISP). (IV.A.3.f.iv.c) | **Completed** |
| 06/01/2004 | | Complete second CISAPs. (IV.A.3.f.iv.(b)) | **Completed** |
| 08/01/2004 | | Complete second SCISP. (IV.A.3.f.iv.c) | **Completed** |
| 03/31/2003 | **AMHD Provider Operations** | Hire or designate Acting CMHC System Administrator. (IV.A.4.c.) | **Completed** |
| **12/31/2005** | | Hire or designate Acting CMHC Managers. (IV.A.4.d.) | **This task is not met and not due.** The Diamond Head CMHC Manager is also the CMHC System Administrator. This will reportedly change in January 2006. A CMHC Manager has been hired and is scheduled to assume the position for Diamond Head. This is critical as the continued dual role of the CMHC Systems Administrator functioning as the Diamond Head CMHC Manager severely limits the ability to focus on system wide compliance. |
| **12/31/2005** | | Hire or designate Acting CMHC Medical Directors. (IV.A.4.e.) | **This task is not met and not due at the time of the evaluation.** The CMHC Medical Directors positions have been established. East Hawaii CMHC remains without an active Medical Director. |
| 01/31/2003 | | Initiate changes in Hawaii law to authorize Service Area Boards to advise Service Area Administrators regarding development of CISAP. (IV.a.6.a.) | **Completed** |

| | | | |
|---|---|---|---|
| 3/31/2004 | | Restructure DOH organization to provide that staff of state-operated CMHCs report directly through the CMHC Manager to AMHD. (IV.A.6.b.) | **Completed**. |
| 07/01/2003 **02/15/2006** | **AMHD Functions** | Expand UM system to include community services. (IV.B.1.a.i.) | **This task is not complete and not due at this time**. There has been progress with moving the UM function previously held by ACCESS to UM. A UM Supervisor has been delineated. There remains lack of clarity within the UM Department with regard to operations that impede the process. This results in customer service related problems that impact access to care for the consumer. |
| 01/31/2003 | | Implement AMHD inpatient discharge oversight. (IV.B.1.a.ii.) | **Although there is an oversight process in place, the HSH oversight is inadequate**. This has led to high levels of re-admissions, which has resulted in a sustained increase in the patient census at Hawaii State Hospital. There was discussion of the need for more work to build both Case Manager linkages and creating intensive oversight of high risk discharges which now happens only rarely. Further, the general process of HSH oversight is inadequate; the Weiner reports have not been replaced and there is no systemic evaluation of continued adherence with the requirements of the Remedial Plan, which is particularly concerning in the face of continuing census increases. AMHD conducted a Continuity of Care Project which focused on identifying measures to improve the transition from hospital admission to community discharge. Action steps were identified to streamline the process. These had not been implemented at the time of the evaluation. |

| Date | | Task | Status |
|---|---|---|---|
| 03/31/2004<br>**03/15/2006** | | Implement consumer protection system as described in the Plan.<br>(IV.B.1.b) | **This task is not due at this time.** AMHD can point to action steps they have or are taking to address these indicators. These are beginning steps which need further development. AMHD Policies and Procedures have been revised which hold the system more accountable for timely investigations of critical incidents and Sentinel Events. Sentinel Events reviewed noted progress with the timeliness of the investigation but little evidence of follow through on recommendations. |
| 01/31/2004<br>**03/15/2006** | | Implement Quality Management System as described in the Plan.<br>(IV.B.1.c) | **This task is not complete and not due.** The Quality Management Director position has been hired. There is a Quality Improvement Council that meets regularly that has all stakeholders represented in its membership. In addition there is an AMHD Quality Work Group that is working on redeveloping and AMHD quality process. These are the beginnings for this task. However, this task needs to demonstrate a significant improvement to be in compliance with the Community Plan. The Performance Improvement Coordinator position is vacant. |
| 03/31/2004<br>**11/30/2005** | | Implement Service Research and Evaluation System as described in the Plan.<br>(IV. B.1.d) | **This task is met.** AMHD has maintained and strengthened their cooperative relationship with the University of Hawaii – RCUH, which has provided access to research services that work with AMHD to develop their research interests and produce clinical data sets that are informative to AMHD in developing the system of care. This has been particularly noted in their assisting AMHD with the identification of the Target Population. |

| | | | |
|---|---|---|---|
| 03/31/2004<br>**11/30/2005** | | Implement MIS as described in the Plan.<br>(IV.B.1.f) | **This task is met.** AMHD has developed a comprehensive MIS system that has made significant progress with the ability to access data and produce reports which support and serve the information needs of AMHD. |
| 03/31/2004<br>**11/30/2005** | | Implement AMHD Provider Relations as described in the Plan.<br>(IV.B.1.f.) | **This task is not complete and over due.** AMHD implemented a lengthy and burdensome monitoring protocol for the POS Providers which has been perceived as critical instead of collaborative and collegial. This has served to further impede the ability of AMHD to develop positive relationships with the provider community. |
| 01/31/2003<br>**08/01/2005** | | Designate Acting AMHD Provider Relations Director.<br>(IV.B.1.f.) | **Completed.** |
| 12/31/2003<br>**08/01/2005** | | Hire AMHD Provider Relations Director.<br>(IV.B.1.f.) | **Completed.** The AMHD Provider Relations Director position has been filled. |
| 3/31/2004<br>**06/30/2006** | | CMHCs function as described in the Plan.<br>(IV.B.2.a-f.) | **This task is not completed; however completion of this task is not due until June 2006.** The CMHC System Administrator continues to have multiple roles within AMHD which impacts the ability to effectively manage and supervise each CMHC. Although the CMHC leadership structure has been defined it is in the early stages of development. There are new Managers and Medical Directors hired. There is wide variability in functioning across the CMHC's. Serious conflicts within CMHC leadership teams continue to be unresolved. There has been limited progress in addressing the supervisory issues that persist within the CMHC leadership structures. Although there are efforts commencing to develop the skills of the leadership team, there is concern about the delay. In order for the CMHC's to begin to |

| Date | | | |
|---|---|---|---|
| | | | function according to the Plan, each CMHC will need onsite leadership to meet the standards by June 2006. |
| 06/30/2003 | | AMHD determines number and location of CMHCs. (IV.B.2.g.) | **Completed** |
| | **AMHD Forensic Director section of the HSH Remedial Plan** (incorporated into the Community Plan by Dec. 10, 2004 order of Judge Ezra) | 1. xi. Establish a position and hire a Forensic Director at the Division level | **Completed** |
| | | 1.xi.a.  This position shall report to the AMHD Medical Director. | The AMHD Forensic Director currently reports to the AMHD Division Chief. **This reporting structure is out of compliance with the Community Plan.** |
| | | 1.xi.b  The Forensic Director's responsibilities shall be to: | |
| 11/30/2005 | | 1.xi.b.i.  Ensure that there is a model of forensic practices that is consistent throughout the hospital and community forensic programs, | **This task is not complete and is past due.** The model of forensic practices has not been articulated clearly. |
| 02/15/2006 | | 1.xi.b.ii. (part 2)  As well as, [develop and implement] monitoring procedures for community forensic programs. | **This task is not complete, but not due until 2/15/06.** Monitoring for CR tracking is in place.  Monitoring of community forensic programs has not been developed as programs are not as yet implemented. No further progress was noted during this evaluation. |

| | | | |
|---|---|---|---|
| 09/30/2005<br>**09/30/2005** | | 1.xi.b.iii.  Oversee the interface between forensic programs and the mental health-criminal justice system: | **This task is complete with regard to oversight**. The AMHD Forensic director has developed mechanisms that support the interface between AMHD and the mental health criminal justice system. The deficiency remains with the lack of development of required community based forensic programs. The lack of programming has contributed to the increase in the HSH census. |
| 11/30/2005<br>**12/31/2005** | | 1.xi.b.iv.  Develop and implement a system for monitoring community and hospital forensic programs to ensure quality; | **This task has been addressed but is incomplete. Not due at the time of evaluation.** There is a Quality Monitoring program in place within the hospital. The process for monitoring community based programs has not been implemented.<br>For example, jail diversion programs are operating and as yet there is no evidence that quality monitoring is in place. |
| 11/30/2005<br>**12/31/2005** | | 1.xi.b.v.  Develop and implement a system for monitoring community forensic programs to ensure continuity of care between HSH and the community system of care and treatment; | **This task is incomplete and not due.** AMHD is in the early stages of developing community based forensic programs. Continuity of care between HSH and the community has been identified in the HSH oversight process developed by AMHD. Significant work has been done by the Forensic Coordinators to improve the flow of critical information from HSH to community treatment teams. Forensic services have developed a format to review forensic sentinel event case reviews. These reviews have identified that the lack of coordinated communication with the community case management prior to discharge from HSH has resulted in poor outcomes, i.e. re-admission to HSH or incarceration. |

Hanson-Mayer, Gail—Community Plan Implementation Time Line 01/15/06

| | | | |
|---|---|---|---|
| **05/30/2005** | | 1.xi.b.vi. Function as liaison with HSH Forensic Coordinator; | **Completed** |
| **05/30/2005** | | 1.xi.b.v.ii. Track all patients with forensic status; | **Completed** |
| **05/30/2005** | | 1.xi.b.v.iii. Supervise forensic examiners; | **Completed** |
| 05/30/2005<br>**05/30/2005** | | 1.xi.b.ix. Function as liaison with Attorney General, Courts, Public Defenders and Department of Public Safety and, | **Completed** |
| 11/30/2005<br>**11/30/2005** | | 1.xi.b.ix (Part two) Address the following priority issues:<br>1. Model court orders; | **This task although not complete has been addressed.** Model Court Orders have been developed. Discussions are ongoing between AMHD and the Judiciary to standardize mental health court orders. A Committee was developed within the Third Circuit Court which developed a 704 Handbook that drafted model court orders. This committee continues to meet and suggest revisions to these model court orders. This will need to expand to each Circuit Court. |
| 11/30/2005<br>**11/30/2005** | | 1.xi.b.ix.<br> 2. Address location, level and timeliness of forensic services, including:<br> a) Fitness and responsibility; | **This task is not complete and is overdue.** There is a fitness program at HSH. There was no evidence that fitness programming had begun to be developed in the community. |
| **11/30/2005** | | 1.xi.b.ix.<br> 2. Address location, level and timeliness of forensic services, including:<br> b) Conditional releases; | **This task has been addressed although not complete.** The mechanisms for conditional release tracking are in place. Clearly articulated processes are not in place that delineate the responsibility for intervening with patients who violate their conditional release. The conditional release programming is not evident. |

Hanson-Mayer, Gail—Community Plan Implementation Time Line 01/15/06

| Date | | Task | Status |
|---|---|---|---|
| 11/30/2005 | | 1.xi.b.ix.<br><br>2. Address location, level and timeliness of forensic services, including:<br><br>c) Jail/ prison transfer; | **This task is not complete.** Although there is a process for discussion between AMHD and Courts and Corrections to facilitate timely transfers, the Point in Time Study demonstrated that 89 members of the target population were in prison and that those released from prison were not reconnected with the mental health system. |
| 11/30/2005 | | 1.xi.b.ix.<br><br>3. Address the following priority issues:<br>Involuntary treatment and medication orders; | **This task has been addressed but is not complete.** A report was promised that would include the progress in addressing this area. The report was not received during the evaluation visit. There was no information available of any movement forward. |
| 11/30/2005 | | 1.xi.ix.<br><br>4. Address the following priority issues:<br>Development of proposed legislation to separate fitness evaluations from responsibility evaluations; | **This task has been addressed by AMHD but is not complete.** The report referenced above in section 1.xi.b.ix. was to address the progress in this area as well. |
| 05/30/2005 | | 1.xi.b.ix.<br><br>5. Address the following priority issues:<br>Establishment of a mental health court; | **This task has been addressed by AMHD but is not complete.** However, development of a Mental Health Court is under the auspices of the judiciary and not AMHD. Leadership has been identified to monitor and evaluate the pilot program conducted on Oahu. |
| 11/30/2005 | | 1.xi.b.ix.<br><br>6. Address the following priority issues:<br>Evaluation and recommendations for changes regarding the jail diversion, forensic ACT team, and the Community Crisis Teams. | **This task is not met.** Recommendations were previously made to AMHD leadership to address these tasks. As of the time of the evaluation a response was still pending. There is no evidence of the development of Forensic ACT Teams nor has there been a mechanism developed for incorporating the Forensic Coordinators within the community crisis services or having the crisis services be part of a forensic program on a systems level. Jail diversion programs have been implemented in each County. There is a need to develop |

| | | | standards of practice and create a decision making structure with regard to the jail diversion programs as each program operates with different set of principles. |
| --- | --- | --- | --- |
| **09/30/2004**<br>**HSH  RP** | | 1.xi.b.x.  In conjunction with the HSH Forensic Coordinator, work collaboratively with the attorney assigned full-time to the hospital to maximize the timeliness and effectiveness of the discharge of forensic patients from HSH. | **Completed.** Although the HSH Forensic Coordinator and the Attorney assigned to the hospital are working collaboratively to maximize the timeliness of discharges, there continues to be a lack of effective coordination and communication with regard to the appropriate management of the forensic patient in the community. This was evident in the Sentinel Events reviewed. |