# EXHIBIT

# D

CIVIL NO. 91-00147 DAE-KSC
USA vs. STATE OF HAWAI'I, et. al.
ELEVENTH REPORT AND RECOMMENDATION



LINDA LINGLE
GOVERNOR OF HAWAII

**STATE OF HAWAII
DEPARTMENT OF HEALTH**
P.O. Box 3378
HONOLULU, HAWAII 96801-3378

CHIYOME L. FUKINO, M.D.
DIRECTOR OF HEALTH

In reply, please refer to:
File:

February 3, 2006

VIA HAND-DELIVERY

The Honorable Kevin S. C. Chang
Magistrate Judge
United States Court of the District of Hawaii
300 Ala Moana Boulevard, Room C-209
Honolulu, Hawaii 96850

Dear Judge Chang:

      Re:  <u>United States of America v. State of Hawaii, et al.</u>, Civil No. 91-00137DAE/KSC

     When we last spoke, on Friday, January 6, 2006, I promised to follow up on our discussion by reporting to you in written form the progress we at the Department of Health and the Adult Mental Health Division are making in our efforts to appropriately manage the census at Hawaii State Hospital.

     I would like to begin by thanking you for your continued support in the development of a strong community-based mental health system in Hawaii. Without your leadership and backing, it would have been difficult, if not impossible, for the State to have progressed to the extent that it has. Our most recent figures show that in Fiscal Year 2002-2003, the first implementation year of the Community Plan, AMHD provided mental health services to an SPMI population of about 4500 consumers (unduplicated); in Fiscal Year 2004-2005, we treated an unduplicated SPMI population of 9756 consumers. This figure does not include consumers for whom only crisis response services were provided. It has been a truly challenging period for all of us.

     As I write this letter, our census at HSH is in the 190s; this was just about the census when we spoke four short weeks ago. While we cannot humanely or legally close the front door of the hospital, HSH staff, AMHD staff, and our attorneys from Mark Bennett's office have worked very closely with the Courts, private hospitals, and community providers to keep admissions in check. While admissions in recent months have averaged about 20, our efforts in January resulted in 14 admissions to Hawaii State Hospital. As I believe you are aware, our efforts to place HSH patients in the community have been complicated recently by chicken pox at the hospital, which lead to postponements in court hearings related to discharges. That matter is largely resolved.

The Honorable Kevin S. C. Chang
February 3, 2006
Page Two


Although I was not Director of Health at the time, I am aware of your significant contribution to the resolution of prior overcrowding at Hawaii State Hospital through the development and implementation of the Space Utilization Plan, and the re-opening of the Gunesberg Building. During my tenure, I have supported HSH's efforts to fashion a long-term solution to the very real problems associated with the aging of the Gunesberg Building. To that end, a campus plan has been completed, and the Goddard Building site has been identified as the best site for a replacement building. This year, the AMHD capital improvement budget includes a request for $350,000 to prepare for demolition of the Goddard Building; the first step in the development of a 96 bed forensic facility.

We are also looking at a number of other ways to manage our census at the hospital, as follows:

- In addition to the already planned and funded increases in community placement options, the AMHD request for emergency funding in the current fiscal year includes eight more specialized residential beds (combined treatment and housing) for the community.

- We are developing conditional release transition housing for sixteen consumers on property adjacent to HSH. The two cottages that formerly housed the Administrator and the Medical Director will be reconfigured for this purpose. Facilities management staff have added one bedroom to each of these three bedroom cottages, and are enclosing the adjacent carports to provide a large day room. The cottages will provide 24-hour group home services for discharged HSH patients on conditional release. The residents will receive treatment services, case management, medication management, forensic and MI/SA services from the Windward Community Mental Health Center, and a variety of other community services, including participation in the Ko'olau Clubhouse. This facility is expected to open before the end of March.

- AMHD has fast-tracked the development of E-ARCH (Expanded Adult Residential Care Home) capacity in the community. This service is designed to provide intermediate care facility capacity in several houses for discharged HSH patients with serious co-occurring medical problems which require 24 hour care augmented by the services of a nurse case manager. Several patients at HSH have been identified as part of the medically complicated subpopulation who needs this type of service in order to succeed in the community. We hope to place at least five patients in E-ARCH housing before the end of March.

- Department of Health continues to work on contracts with all Hawaii hospitals that provide acute psychiatric services in order to develop an inventory of beds to be used when diversion from HSH is appropriate.

The Honorable Kevin S. C. Chang
February 3, 2006
Page Three

- In an effort to better manage existing inpatient beds, AMHD has begun implementation of the three-part plan that resulted from the Continuity Project – a six-month task force responsible for improvement of the continuity of care of patients discharged from Hawaii State Hospital to the community.

- AMHD has recently placed utilization management specialists at HSH and Kahi Mohala to focus inpatient staff on assessment, planning and preparation for successful discharges of patients who are ready for community placement. Patients in both facilities will be continuously evaluated both on an individual basis, and as subpopulations of the total hospital census. To aid this effort, AMHD Medical Director, Dr. William Sheehan, led a group of AMHD staff last week in the evaluation of all state patients at Kahi Mohala to determine whether any of them might be approaching discharge readiness, and if so, to identify what AMHD can do to assist in the discharge process. Over a dozen patients were determined to be ready for community placement. AMHD will continue working with Kahi Mohala on these cases with a special focus on assistance to remove forensic encumbrances that have been identified as barriers to discharge. Dr. Sheehan will provide similar consultation and assistance at Hawaii State Hospital.

We believe that the programmatic developments outlined above will provide short term relief for the high census of state psychiatric inpatients, and that our long term capital improvement plans for the replacement of the Gunesberg Building at HSH will prepare us to better serve patients who need hospital care. Once again, we thank you for your willingness to bring the parties together to address this critical situation, and to facilitate an outcome that will be beneficial to everyone involved.

Please let me know if there are any other issues you would like to discuss. I will be happy to speak to you by phone or make an appointment to see you at your convenience.

Sincerely,

Chiyome L. Fukino, M.D.
Director of Health

c: Verlin Deerinwater, Esq.
Mark J. Bennett, Esq.
Paul AuCoin, Esq.
Ann Andreas, Esq.
Michelle R. Hill
Thomas W. Hester, M.D.