IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV 91-00137DAE-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| State of Hawaii, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING SPECIAL MASTER'S REPORT
REGARDING BENCHMARKS

A Report of Special Master having been filed and served on all parties on May 3, 2006 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Special Master's Report Regarding Benchmarks, document no. 403, is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 30, 2006.



_____
David Alan Ezra
United States District Judge

cc: all parties of record